
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GONZALEZ, ANA MARIA § Case No. 09-09496
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 30, 2009.  The undersigned trustee was appointed on March 20, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         255,000.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                          10,103.87
    Administrative expenses                                        106,559.63
    Bank service fees                                                  971.01
    Other payments to creditors                                          0.00
    Non-estate funds paid to 3rd Parties                                 0.00
    Exemptions paid to the debtor                                        0.00
    Other payments to the debtor                                         0.00

    Leaving a balance on hand of [1]     $         137,365.49

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/14/2017 and the deadline for filing governmental claims was 04/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,947.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,947.15, for a total compensation of $9,947.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2018     By: /s/THOMAS E. SPRINGER
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-09496  
**Case Name:** GONZALEZ, ANA MARIA  

**Period Ending:** 08/07/18

**Trustee:** (330640)   THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 03/30/09 (f)  
**§341(a) Meeting Date:** 04/20/09  
**Claims Bar Date:** 04/14/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 1999 Plymouth Breeze | 1,400.00 | 0.00 | | 0.00 | FA |
| 6 | Class action vaginal mesh case (u)<br>    Order abandoning assets entered 9/22/17<br>(settlement from other related vaginal mesh case will result in surplus) | 19,778.18 | 19,778.18 | OA | 0.00 | FA |
| 7 | Class action vaginal mesh litigation (u) | 255,000.00 | 255,000.00 | | 255,000.00 | FA |
| 7 | **Assets**   Totals (Excluding unknown values) | **$277,153.18** | **$274,778.18** | | **$255,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order approving vaginal mesh settlement entered September 22, 2017 in gross amount of $255,000. However, the funds have not been received from Plaintiff as they did not want to allow the Medicare lien to be paid by the Trustee. Payment of Medicare lien has been resolved and payment will be submitted in next "batch" of settlment payments, estimated to be in the next 45-60 days.

**Initial Projected Date Of Final Report (TFR):**   April 15, 2018        **Current Projected Date Of Final Report (TFR):**   July 6, 2018 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-09496  
**Case Name:** GONZALEZ, ANA MARIA  
**Taxpayer ID #:** **-***4147  
**Period Ending:** 08/07/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/20/18 | | Kell Lampin (trust account) | Settlement Pursuant to Order entered 9/22/17 | | 242,250.00 | | 242,250.00 |
| | {7} | | Gross Settlement    255,000.00 | 1242-000 | | | 242,250.00 |
| | | | 4% held back for MDL    -10,200.00 Common Benefit | 3210-600 | | | 242,250.00 |
| | | | 1% held back for MDL    -2,550.00 Common Benefit expense | 3992-000 | | | 242,250.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.91 | 242,157.09 |
| 03/02/18 | 101 | Kell Lampin, LLC | Special counsel fees pursuant to Order entered 9/22/17 | 3210-600 | | 91,800.00 | 150,357.09 |
| 03/02/18 | 102 | Kell Lampin, LLC | Special counsel expenses pursuant to Order entered 9/22/17 | 3220-610 | | 1,384.63 | 148,972.46 |
| 03/02/18 | 103 | Kell Lampin, LLC | Shared expense allocation pursuant to Order entered 9/22/17 | 3220-610 | | 200.00 | 148,772.46 |
| 03/02/18 | 104 | Shapiro Settlement Solutions, LLC | Lien resolution fees pursuant to Order entered 9/22/17 | 3991-000 | | 425.00 | 148,347.46 |
| 03/02/18 | 105 | Medicare | Medicare lien pursuant to Order entered 9/22/17 | 4220-000 | | 10,103.87 | 138,243.59 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 244.98 | 137,998.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.92 | 137,792.69 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.01 | 137,558.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.19 | 137,365.49 |
| | | | **ACCOUNT TOTALS** | | 242,250.00 | 104,884.51 | **$137,365.49** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 242,250.00 | 104,884.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$242,250.00** | **$104,884.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6266** | 242,250.00 | 104,884.51 | 137,365.49 |
| | **$242,250.00** | **$104,884.51** | **$137,365.49** |

{} Asset reference(s)    Printed: 08/07/2018 09:57 AM    V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 14, 2017

**Case Number:** 09-09496  
**Debtor Name:** GONZALEZ, ANA MARIA

Page: 1

**Date:** August 7, 2018  
**Time:** 09:57:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Kell Lampin, LLC<br>14500 S. Outer Forty<br>Suite 407<br>Chesterfield, MO 63017 | Admin Ch. 7 | | $91,800.00 | $91,800.00 | 0.00 |
| 200 | Kell Lampin, LLC<br>14500 S. Outer Forty<br>Suite 407<br>Chesterfield, MO 63017 | Admin Ch. 7 | | $1,384.63 | $1,384.63 | 0.00 |
| 200 | Kell Lampin, LLC<br>14500 S. Outer Forty<br>Suite 407<br>Chesterfield, MO 63017 | Admin Ch. 7 | shared expense allocation | $200.00 | $200.00 | 0.00 |
| 200 | Shapiro Settlement Solutions, LLC<br>Accounts Receivable<br>11211 Taylor Draper Lane, #210<br>Austin, TX 78759 | Admin Ch. 7 | | $425.00 | $425.00 | 0.00 |
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 133942.95] | $9,947.15 | $0.00 | 9,947.15 |
| ATTYEXP 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $62.06 | $0.00 | 62.06 |
| ATTYFEES 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,455.00 | $0.00 | 5,455.00 |
| MEDICARE 100 | Medicare<br>CMS Office of Financial Management<br>7500 Security Blvd.<br>Baltimore, MD 21244 | Secured | | $10,103.87 | $10,103.87 | 0.00 |
| 1 610 | Armor Systems Corporation<br>1700 Kiefer Dr., Suite 1<br>Zion, IL 60099 | Unsecured | | $796.10 | $0.00 | 796.10 |
| 1I 640 | Armor Systems Corporation<br>1700 Kiefer Dr., Suite 1<br>Zion, IL 60099 | Unsecured | | $48.13 | $0.00 | 48.13 |
| SURPLUS 650 | GONZALEZ, ANA MARIA<br>2 N. STOLP AVE.<br>APT. 507<br>AURORA, IL 60506 | Unsecured | | $121,057.05 | $0.00 | 121,057.05 |
| **<< Totals >>** | | | | 241,278.99 | 103,913.50 | 137,365.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 09-09496
Case Name: GONZALEZ, ANA MARIA
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:**     $ 137,365.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| MEDICARE | Medicare | 10,103.87 | 10,103.87 | 10,103.87 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 137,365.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 9,947.15 | 0.00 | 9,947.15 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 5,455.00 | 0.00 | 5,455.00 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 62.06 | 0.00 | 62.06 |
| Other Fees: Kell Lampin, LLC | 91,800.00 | 91,800.00 | 0.00 |
| Other Expenses: Kell Lampin, LLC | 1,584.63 | 1,584.63 | 0.00 |
| Other Fees: Shapiro Settlement Solutions, LLC | 425.00 | 425.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $ 15,464.21
Remaining balance:    $ 121,901.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 121,901.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 121,901.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 796.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Armor Systems Corporation | 796.10 | 0.00 | 796.10 |

|  | Total to be paid for timely general unsecured claims: | $ | 796.10 |
|---|---|---|---|
|  | Remaining balance: | $ | 121,105.18 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 121,105.18 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance:  **$** 121,105.18

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $48.13. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 121,057.05.

**UST Form 101-7-TFR (05/1/2011)**