UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GONZALEZ, ANA MARIA** | ) | Bankruptcy Case No. 09-09496 JSB |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 7, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

STEPHEN J COSTELLO
COSTELLO & COSTELLO
19 N WESTERN AVE RT 31
Carpentersville, IL 60110

**VIA REGULAR MAIL**

GONZALEZ, ANA MARIA
2 N. STOLP AVE.
APT. 507
AURORA, IL 60506

Armor Systems Corporation
1700 Kiefer Dr., Suite 1
Zion, IL 60099


/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000