**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GONZALEZ, ANA MARIA § Case No. 09-09496
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $22,153.18            Assets Exempt: $2,375.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,948.10      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $122,994.85

   3) Total gross receipts of $ 255,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 121,057.05 (see **Exhibit 2**), yielded net receipts of $133,942.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,103.87 | $10,103.87 | $10,103.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 122,994.85 | 122,994.85 | 122,994.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 844.23 | 844.23 | 844.23 |
| **TOTAL DISBURSEMENTS** | $0.00 | $133,942.95 | $133,942.95 | $133,942.95 |

    4) This case was originally filed under Chapter 7 on March 30, 2009. The case was pending for 116 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2018    By: /s/THOMAS E. SPRINGER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class action vaginal mesh litigation | 1242-000 | 255,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$255,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GONZALEZ, ANA MARIA | Dividend paid 100.00% on $121,057.05; Claim# SURPLUS; Filed: $121,057.05; Reference: | 8200-002 | 121,057.05 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$121,057.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| MEDICARE | Medicare | 4220-000 | N/A | 10,103.87 | 10,103.87 | 10,103.87 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,103.87** | **$10,103.87** | **$10,103.87** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 9,947.15 | 9,947.15 | 9,947.15 |
| Other - Shapiro Settlement Solutions, LLC | 3991-000 | N/A | 425.00 | 425.00 | 425.00 |
| Other - Kell Lampin, LLC | 3210-600 | N/A | 91,800.00 | 91,800.00 | 91,800.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| Other - Kell Lampin, LLC | 3220-610 | N/A | 1,384.63 | 1,384.63 | 1,384.63 |
| Other - Kell Lampin, LLC | 3220-610 | N/A | 200.00 | 200.00 | 200.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 62.06 | 62.06 | 62.06 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 5,455.00 | 5,455.00 | 5,455.00 |
| Other - Kell Lampin (trust account) | 3210-600 | N/A | 10,200.00 | 10,200.00 | 10,200.00 |
| Other - Kell Lampin (trust account) | 3992-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.91 | 92.91 | 92.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 244.98 | 244.98 | 244.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 205.92 | 205.92 | 205.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 234.01 | 234.01 | 234.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 193.19 | 193.19 | 193.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$122,994.85** | **$122,994.85** | **$122,994.85** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Armor Systems Corporation | 7100-000 | N/A | 796.10 | 796.10 | 796.10 |
| 1I | Armor Systems Corporation | 7990-000 | N/A | 48.13 | 48.13 | 48.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $844.23 | $844.23 | $844.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-09496  
**Case Name:** GONZALEZ, ANA MARIA  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 03/30/09 (f)  
**§341(a) Meeting Date:** 04/20/09  

**Period Ending:** 12/05/18  
**Claims Bar Date:** 04/14/17  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 1999 Plymouth Breeze | 1,400.00 | 0.00 | | 0.00 | FA |
| 6 | Class action vaginal mesh case (u)<br>   Order abandoning assets entered 9/22/17<br>(settlement from other related vaginal mesh case will result in surplus) | 19,778.18 | 19,778.18 | OA | 0.00 | FA |
| 7 | Class action vaginal mesh litigation (u) | 255,000.00 | 255,000.00 | | 255,000.00 | FA |
| 7 | **Assets** Totals (Excluding unknown values) | **$277,153.18** | **$274,778.18** | | **$255,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order approving vaginal mesh settlement entered September 22, 2017 in gross amount of $255,000. However, the funds have not been received from Plaintiff as they did not want to allow the Medicare lien to be paid by the Trustee. Payment of Medicare lien has been resolved and payment will be submitted in next "batch" of settlment payments, estimated to be in the next 45-60 days.

**Initial Projected Date Of Final Report (TFR):**    April 15, 2018     **Current Projected Date Of Final Report (TFR):**    July 6, 2018  (Actual)

Printed: 12/05/2018 12:26 PM    V.14.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-09496  
**Case Name:** GONZALEZ, ANA MARIA  

**Taxpayer ID #:** **-***4147  
**Period Ending:** 12/05/18

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/18 | | Kell Lampin (trust account) | Settlement Pursuant to Order entered 9/22/17 | | 242,250.00 | | 242,250.00 |
| | {7} | | Gross Settlement            255,000.00 | 1242-000 | | | 242,250.00 |
| | | | 4% held back for MDL        -10,200.00<br>Common Benefit | 3210-600 | | | 242,250.00 |
| | | | 1% held back for MDL         -2,550.00<br>Common Benefit<br>expense | 3992-000 | | | 242,250.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.91 | 242,157.09 |
| 03/02/18 | 101 | Kell Lampin, LLC | Special counsel fees pursuant to Order entered 9/22/17 | 3210-600 | | 91,800.00 | 150,357.09 |
| 03/02/18 | 102 | Kell Lampin, LLC | Special counsel expenses pursuant to Order entered 9/22/17 | 3220-610 | | 1,384.63 | 148,972.46 |
| 03/02/18 | 103 | Kell Lampin, LLC | Shared expense allocation pursuant to Order entered 9/22/17 | 3220-610 | | 200.00 | 148,772.46 |
| 03/02/18 | 104 | Shapiro Settlement Solutions, LLC | Lien resolution fees pursuant to Order entered 9/22/17 | 3991-000 | | 425.00 | 148,347.46 |
| 03/02/18 | 105 | Medicare | Medicare lien pursuant to Order entered 9/22/17 | 4220-000 | | 10,103.87 | 138,243.59 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 244.98 | 137,998.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.92 | 137,792.69 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.01 | 137,558.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.19 | 137,365.49 |
| 09/21/18 | 106 | THOMAS E. SPRINGER | Dividend paid 100.00% on $9,947.15, Trustee Compensation;  Reference: | 2100-000 | | 9,947.15 | 127,418.34 |
| 09/21/18 | 107 | GONZALEZ, ANA MARIA | Dividend paid 100.00% on $121,057.05; Claim# SURPLUS; Filed: $121,057.05; Reference: | 8200-002 | | 121,057.05 | 6,361.29 |
| 09/21/18 | 108 | Armor Systems Corporation | Combined Check for Claims#1,1I | | | 844.23 | 5,517.06 |
| | | | Dividend paid 100.00%        796.10<br>on $796.10;  Claim# 1;<br>Filed: $796.10 | 7100-000 | | | 5,517.06 |
| | | | Dividend paid 100.00%         48.13<br>on $48.13;  Claim# 1I;<br>Filed: $48.13 | 7990-000 | | | 5,517.06 |
| 09/21/18 | 109 | THOMAS E. SPRINGER | Combined Check for Claims#ATTYFEES,ATTYEXP | | | 5,517.06 | 0.00 |
| | | | Dividend paid 100.00%       5,455.00<br>on $5,455.00;  Claim# | 3110-000 | | | 0.00 |

Subtotals :            $242,250.00            $242,250.00

{} Asset reference(s)

Printed: 12/05/2018 12:26 PM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-09496 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | GONZALEZ, ANA MARIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6266 - Checking Account |
| Taxpayer ID #: | **-***4147 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/05/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ATTYFEES; Filed: $5,455.00 | | | | |
| | | | Dividend paid 100.00% on $62.06;  Claim# ATTYEXP; Filed: $62.06 | 62.06 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 242,250.00 | 242,250.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 242,250.00 | 242,250.00 | |
| | | | Less: Payments to Debtors | | | 121,057.05 | |
| | | | **NET Receipts / Disbursements** | | $242,250.00 | $121,192.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6266** | 242,250.00 | 121,192.95 | 0.00 |
| | $242,250.00 | $121,192.95 | $0.00 |

{} Asset reference(s)                                                                                                        Printed: 12/05/2018 12:26 PM    V.14.14